UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY VIZARD,<br><br>    Defendant. | Case No. CV 07-02919 MMM(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 30, 2008

                                 _/s/ Margaret M. Morrow_
                                 HONORABLE MARGARET M. MORROW
                                 UNITED STATES DISTRICT JUDGE